IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT B. BEAZLEY,

    Petitioner,                  No. CIV S-07-1396 MCE GGH P

    vs.

KUMA DEBOO, et al.,

    Respondents.              <u>ORDER</u>

_____/

    On March 14, 2008, respondent filed a motion to dismiss.  Petitioner has not responded to this motion.

    Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within ten days for his failure to respond to the March 14, 2008, motion to dismiss; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: 05/16/08

                                    /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

beaz1396.osc