1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT B. BEAZLEY,                    No. 2:07-cv-01396-MCE-GGH P

12           Petitioner,

13        vs.                             ORDER

14   KUMA DEBOO, Warden, et al.,

15           Respondents.

16   _____/

17        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On July 17, 2008, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24        Although it appears from the file that petitioner's copy of  the findings and

25   recommendations were returned, petitioner was properly served.  It is the petitioner's

26   responsibility to keep the court apprised of his current address at all times.

1   Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully

2   effective.

3        The court has reviewed the file and finds the findings and recommendations to be

4   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

5   ORDERED that:

6        1.  The findings and recommendations filed July 17, 2008, are adopted in full; and

7        2.   This action is dismissed for petitioner's failure to keep the court apprised of his

8   current address.

9    Dated:  August 21, 2008

10

11                              MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26